UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX EARTHWORKS LLC,<br><br>Defendant. | CASE NO. C22-0799JLR<br><br>ORDER DENYING MOTION FOR HEARING |

Before the court is Defendant Fenix Earthworks LLC's ("Fenix") motion for a hearing regarding its motion to vacate the clerk's entry of default and Plaintiffs' motion for default judgment.  (Hrg. Mot. (Dkt. # 13); *see* Vac. Mot. (Dkt. # 12); Def. J. Mot. (Dkt. # 9).)  Fenix asks the court to (1) reset the noting date for Plaintiffs' motion for

ORDER - 1

1  default judgment from October 21, 2022, to October 28, 2022, to comply with Local

2  Civil Rule 7(d)(3) and to ensure that the parties' motions are considered together and (2)

3  grant it oral argument on the parties' motions.  (*See* Hrg. Mot. (citing Local Rules W.D.

4  Wash. LCR 7(d)(3)).)  Plaintiffs did not respond to Fenix's motion for a hearing.  (*See*

5  *generally* Dkt.)

6  After Fenix filed its motion, the court reset the noting date for Plaintiffs' motion

7  for default judgment (*see* 10/14/22 Dkt. Entry), and the parties subsequently briefed the

8  two motions in accordance with the schedule set forth in Local Civil Rule 7(d)(3) (*see*

9  *generally* Dkt.).  That portion of Fenix's motion is, therefore, MOOT.

10  With respect to Fenix's request for oral argument, under Local Civil Rule 7(b)(4),

11  a party who seeks oral argument must include the words "ORAL ARGUMENT

12  REQUESTED" in the caption of its motion or responsive memorandum.  *See* Local Rules

13  W.D. Wash. LCR 7(b)(4).  Fenix did not include this language in the caption of either its

14  motion to vacate the entry of default or its response to Plaintiffs' motion for default

15  judgment.  (*See* Vac. Mot. at 1; Def. J. Resp. (Dkt. # 15) at 1.)  Accordingly, this portion

16  of Fenix's motion is DENIED for failure to comply with the local rules.  Nevertheless, if

17  the court finds during its consideration of the pending motions that argument would be

18  helpful to its disposition of the motions, it will notify the parties and schedule a hearing.

19  Dated this 3rd day of November, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2